ALFRED H. NEWBERGER and Others, Appellants, v. AMERICAN SURETY COMPANY, Respondent.— Motion granted upon appellants furnishing security as set

forth in respondent's affidavit submitted on this motion. On the question of security the appellate court must assume that the judgment appealed from is right and fix the undertaking accordingly. It 'cannot on such an application review the facts; that must wait upon the appeal. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.